### 7883. WEATHERS v. THE STATE.

WADE, C. J. 1. This case is controlled in principle by the decision in *Davis* v. *State*, ante, 68 (92 S. E. 550). The demurrer was properly overruled, but the evidence did not authorize the verdict. The trial judge therefore erred in overruling the motion for a new trial.

2. In view of the foregoing ruling, it is unnecessary to refer to the various special assignments of error.

*Judgment reversed. George and Luke, JJ., concur.*

DECIDED MAY 11, 1917.

Indictment for taking possession of land under forged conveyance, etc.; from Cobb superior court—Judge Patterson. August 23, 1916.

*Moore & Pomeroy, C. M. Dobbs, J. J. Garland, Little, Powell, Smith & Goldstein,* for plaintiff in error.

*Herbert Clay, solicitor-general,* contra.